**JOEL M. LUTWIN and AARON LEBENGER**
401 Broadway, Suite 1703
New York, NY  10013
(212) 431-5757
Attorneys for Plaintiff
Joel M. Lutwin (JL8587)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
ALLISON COOK,

                   Plaintiff,

       - against -

THE PROVIDENT LIFE AND CASUALTY
INSURANCE COMPANY and THE UNUM
GROUP,

                 Defendant.
---------------------------------------------------------------X

Civil Action number:
07 civ 9421


**JURY DEMAND**

**PLEASE TAKE NOTICE** that, pursuant to Rule 38(b) of the Federal Rules of Civil Procedure

plaintiff hereby demands a jury trial in the above-entitled action.

Dated: New York, New York
      October 23, 2007

                                 JOEL M. LUTWIN (JL8587)

TO:   White and Williams LLP
       One Penn Plaza
       18th Floor, Suite 1801
       New York, NY  10119
       Att:   Andrew I. Hamelsky, Esq.