AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __NEW YORK__

ALLISON COOK,

        Plaintiff,

- against -

THE PROVIDENT LIFE AND CASUALTY
INSURANCE COMPANY and THE UNUM
GROUP.

        Defendants.

**APPEARANCE**

Case Number: 07 civ 9421

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    ALLISON COOK, Plaintiff

I certify that I am admitted to practice in this court.

| | |
|---|---|
| October 31, 2007 | _[signature]_ |
| Date | Signature |
| | JOEL M. LUTWIN (JL8587) |
| | Print Name / Bar Number |
| | 401 Broadway, Suite 1703 |
| | Address |
| | New York, NY  10013 |
| | City / State / Zip Code |
| | (212) 431-5757   (212) 431-5759 |
| | Phone Number / Fax Number |