# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| ALLISON COOK, | :  Civil Action No.: 07 cv 9421 |
| | :  (VM)(DFE) |
|         Plaintiff, | : |
| | :  **PROPOSED JOINT DISCOVERY** |
|    v. | :  **PLAN** |
| | : |
| THE PROVIDENT LIFE AND CASUALTY | : |
| INSURANCE COMPANY and THE UNUM | : |
| GROUP., | : |
| | : |
|         Defendants. | : |

- --- --- --- --- --- --- --- --- --- --- --- --- --- --- --- -- X

Counsel for the parties herein submit, pursuant to Fed. R. Civ. P. 26(f), the following

proposed joint discovery plan in anticipation of the scheduling conference to occur on February

15, 2008 at 9:30 a.m.

1.     Information concerning the attorneys appearing in this civil action are as follows:

       Andrew I. Hamelsky (AH-6643)
       White and Williams LLP
       One Penn Plaza
       18th Floor, Suite 1801
       New York, New York 10119
       (212) 631-4406 (telephone)
       (212) 631-4426 (facsimile)
       e-mail: hamelskya@whiteandwilliams.com
       Attorneys for Defendant, The Provident Life and Casualty Insurance
       Company and The Unum Group

       Joel Lutwin (JL-8597)
       401 Broadway, Suite 1703
       New York, New York 10013
       Woodbury, NY 11797
       (212) 431-5757 (telephone)
       (212) 431-5759 (facsimile)
       Attorneys for Plaintiff, Allison Cook.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-19-08

2.   The parties have not conducted formal discovery.

3.   After conferring with counsel for the parties, the following Scheduling Order is proposed pursuant to Fed. R. Civ. P. 25(f), and Fed. R. Civ. P. 16(b):

   a.   The Parties are participating in private mediation.;

   b.   The parties shall serve Rule 26 Disclosures and plaintiff shall furnish medical authorizations by **April 25, 2008**:

      1.   First Request for production of documents and interrogatories by **May 9, 2008**;

      2.   Request for admissions may be made at any time up to 30 days before the close of discovery.

   c.   The parties shall respond to first request for production of documents and interrogatories by **June 9, 2008**;

   d.   The depositions of all parties and fact witnesses, including experts, shall be completed by **September 12, 2008;**

   e.   Plaintiff shall designate experts and serve all reports pursuant to Fed. R. Civ. P. 26(a)(2) by **October 17, 2008**;

   f.   Defendant shall designate experts and serve all reports pursuant to Fed. R. Civ. P. 26(a)(2) by **November 4, 2008**;

   g.   Motions to add new parties or new claims to be filed by **September 19, 2008**;

   h.   All discovery, including expert depositions, shall be concluded by **December 22, 2008**;

   i.   All dispositive motions, including summary judgment motions, shall be filed by **January 19, 2009**;

   j.   If neither party files a dispositive motion or a motion for summary judgment by **January 19, 2009**, either party may request the court to schedule a final pretrial conference pursuant to Fed. R. Civ. P. 16(d)

WHITE AND WILLIAMS LLP

By: _____

Andrew I. Hamelsky (AH-6643)
One Penn Plaza
18th Floor, Suite 1801
New York, New York 10119

By: _____

Joel Lutwin (JL-8587)
401 Broadway
Suite 1703
New York, New York 10013

Date: February ___ 15 ___, 2008

Next conference 9-19-09 at 10:00 a.m. SO ORDERED:

Honorable, Victor Marrero

-3-