WHITE AND WILLIAMS LLP
One Penn Plaza
18th Floor, Suite 1801
(212)631-4406
Attorneys for Defendants
Andrew I. Hamelsky (AH-6643)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ALLISON COOK                        :   Civil Action No.: 07 cv 9421
                                    :   (VM)(DFE)
            Plaintiff,              :
                                    :   **STIPULATION OF DISMISSAL**
    v.                              :
                                    :
THE PROVIDENT LIFE AND CASUALTY     :
INSURANCE COMPANY and THE UNUM      :
GROUP.,                             :

            Defendants.
------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiff Allison Cook and for Defendants The Provident Life and Casualty Insurance Company and the Unum Group, that pursuant to R. 41(a)(1) of the Federal Rules of Civil Procedure, the above-entitled action is dismissed, with prejudice and without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: June 5, 2008

| | |
|---|---|
| Joel M. Lutwin, Esq.<br>Attorney for Plaintiff<br>By: _____<br>JOEL M. LUTWIN<br>401 Broadway, Suite 1703<br>New York, New York 10013<br>Woodbury, NY 11797<br>(212) 431-5757 | White and Williams, LLP<br>Attorneys for Defendants<br>By: _____<br>ANDREW I. HAMELSKY<br>One Penn Plaza<br>18th Floor, Suite 1801<br>New York, New York 10119<br>(212)631-4406 |

PHLDMS1 4326924v.1