**WHITE AND WILLIAMS LLP**
One Penn Plaza
18th Floor, Suite 1801
(212)631-4406
Attorneys for Defendants
Andrew I. Hamelsky (AH-6643)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
6-18-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ALLISON COOK                       :  Civil Action No.: 07 cv 9421
                                   :  (VM)(DFE)
           Plaintiff,              :
                                   :  **STIPULATION OF DISMISSAL**
     v.                            :
                                   :
THE PROVIDENT LIFE AND CASUALTY    :
INSURANCE COMPANY and THE UNUM     :
GROUP.,                            :
                                   :
,
           Defendants.
------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiff Allison Cook and for Defendants The Provident Life and Casualty Insurance Company and the Unum Group, that pursuant to R. 41(a)(1) of the Federal Rules of Civil Procedure, the above-entitled action is dismissed, with prejudice and without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: June 5, 2008

Joel M. Lutwin, Esq.                    White and Williams, LLP
Attorney for Plaintiff                  Attorneys for Defendants

By: /s/ Joel M. Lutwin                  By: /s/ Andrew I. Hamelsky
    JOEL M. LUTWIN                          ANDREW I. HAMELSKY
    401 Broadway, Suite 1703                One Penn Plaza
    New York, New York 10013                18th Floor, Suite 1801
    Woodbury, NY 11797                      New York, New York 10119
    (212) 431-5757                          (212)631-4406

PHLDMS1 4326924v.1                      Page 1 of 1

**SO ORDERED.** The Clerk of Court is directed to withdraw any pending motions in this action and to close this case.

**SO ORDERED.**
6-18-08
Date                                    Victor Marrero, U.S.D.J.